UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| NICOLE VINCENT, ET AL. | CIVIL ACTION NO. 6:20-cv-00299 |
| VERSUS | JUDGE JUNEAU |
| D.R. HORTON, INC. – GULF COAST, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiffs' motion to remand or alternatively sever (Rec. Doc. 14) is GRANTED IN PART and DENIED IN PART, consistent with the report and recommendation. More particularly, the motion is GRANTED to the extent that the plaintiffs seek remand of this matter to the 15th Judicial District Court, Lafayette, Louisiana, and denied in all other respects. Accordingly,

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this matter is hereby remanded to the 15th Judicial District Court, Lafayette, Louisiana.

**THUS DONE AND** SIGNED in Lafayette, Louisiana, on this 10th day of June, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE